1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                        **CENTRAL DISTRICT OF CALIFORNIA**

10

11   DENNIS RANDOLPH SILVA,          )        NO. CV 15-5117-JFW(E)
                                      )
12           Petitioner,             )
                                      )
13       v.                          )             JUDGMENT
                                      )
14   AGENT BROWN, et al.,             )
                                      )
15           Respondents.            )
                                      )
16   _____)

17

18       Pursuant to the Order Accepting Findings, Conclusions and

19   Recommendations of United States Magistrate Judge,

20

21       IT IS ADJUDGED that the Petition is denied and dismissed without

22   prejudice.

23

24           DATED: October 16, 2015.

25

26

27                                   _____
                                            JOHN F. WALTER
28                                   UNITED STATES DISTRICT JUDGE